PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **Allen Lamont Turner** | Case Number: **1:02CR00125** |
| Name of Sentencing Judicial Officer: | **The Honorable Susan J. Dlott**<br>**United States District Judge** | |
| Date of Original Sentence: | **January 17, 2003** | |
| Original Offense: | **Bank Embezzlement, a violation of 18 U.S.C. §§ 656 and 2** | |
| Original Sentence: | **1 day(s) prison, 48 month(s) supervised release** | |
| Special Conditions: | **1) The defendant shall not illegally possess a controlled substance, and shall submit to one drug test within 15 days of imprisonment and at least two periodic drug tests thereafter.**<br>**2) The defendant shall not possess a firearm, destructive device, or other dangerous weapons.**<br>**3) The defendant shall serve six months electronically monitored home confinement.**<br>**4) Undergo substance abuse assessment and participate in treatment either inpatient or outpatient, if deemed necessary at the direction of the USPO.**<br>**5) Pay $100 Special Assessment**<br>**6) Pay restitution in the amount of $26,206.47 jointly and severally with Natasha Michelle Wise.** | |

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **January 17, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| The offender shall not commit another federal, state, or local crime | Reference is made to the Probation Form 12A- Report on Offender under Supervision dated September 9, 2004, in which it was reported that Mr. Turner was cited by the Arlington Heights, Ohio Police Department on July 28, 2004, for License Plate Violation, Driving While License Suspended, and Misdemeanor Drug Abuse-No Criminal Record, under Docket #: 38723-77523. No action was recommended to allow for the final disposition of this case.<br><br>On November 17, 2004, the undersigned probation officer verified that on October 7, 2004, the offender appeared in the Arlington Heights, Ohio Mayor's Court at which time the Misdemeanor Drug Abuse charge was dismissed. Mr. Tuner pled no contest and was found guilty of License Plate Violation. Additionally, the offender pled no contest and was found guilty of the amended charge of No Operator's License. |

U.S. Probation Officer Action:

Mr. Turner has obtained all negative test results for all drugs tested including marijuana on all of his monthly urine submissions at the U.S. Probation Office. Additionally, the Misdemeanor Drug Abuse charge was dismissed. Lastly, the offender has reported as directed, maintained full time employment, and is making a good faith effort to pay his court financial obligations. Mr. Turner verified that he obtained a valid driver's license in early November 2004. The undersigned probation officer respectfully recommends that no action be taken against the offender due to the dismissal of the Drug Abuse charge and his strong performance on supervised release supervision.

The Court is reminded that no response is necessary if in agreement with this officer's recommendation.

Respectfully submitted,
by *David J. Backman*
**David J. Backman**
U. S. Probation Officer
Date:   **November 17, 2004**

Approved,
by *John C. Cole*
John C. Cole, Supervising
U. S. Probation Officer
Date: Nov. 17, 2004

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

11/18/04
Date