# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Allen Lamont Turner | Case Number: **1:02CR00125** |
| Name of Sentencing Judicial Officer: | **The Honorable Susan J. Dlott**<br>**United States District Judge** | |
| Date of Original Sentence: | **January 17, 2003** | |
| Original Offense: | **Bank Embezzlement, a violation of 18 U.S.C. §§ 656 and 2** | |
| Original Sentence: | **1 day(s) prison, 48 month(s) supervised release** | |
| Special Conditions: | 1) the defendant shall not illegally possess a controlled substance, and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter<br>2) do not possess a firearm, destructive device, or other dangerous weapon<br>3) serve 6 months electronically monitored home confinement<br>4) undergo substance abuse assessment and participate in treatment, either inpatient or outpatient, if deemed necessary at the direction of the USPO<br>5) pay $100 special assessment<br>6) pay restitution in the amount of $26,206.47 jointly and severally with Natasha Wise | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **January 17, 2003** |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| The releasee shall not commit another federal, state, or local crime | The undersigned probation officer has received notification that on June 21, 2006, Turner was arrested by the Hamilton County, Ohio Sheriff's Department in Cincinnati, Ohio on the charge of Assault. On June 22, 2006, Turner appeared before Judge Elizabeth Mattingly, in the Hamilton County Municipal Court on the above charge under Docket Number 06CRB23322, at which time bond was set at $2,500-10% cash. The offender was released on bond that same day. No other information is available at this time regarding this case. |

U.S. Probation Officer Action:

Turner has obtained all negative urine test results for all drugs tested, including marijuana, on all of his monthly urine submissions at the U.S. Probation Office. Additionally, the offender has made a good faith effort

PROB 12A
(12/98)

2

to pay his Court financial obligations and successfully completed his term of electronic monitoring. Due to the above factors, the undersigned probation officer respectfully recommends that no action be taken against Turner to allow for further investigation of this case to occur once additional information becomes available.

The Court is reminded that no response is necessary if in agreement with this officer's recommendation.

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *David J. Backman* by | *John Cole* |
|  | **David Backman** | **John Cole** |
|  | U. S. Probation Officer | Supervising U. S. Probation Officer |
|  | Date:  June 29, 2006 | Date:  June 29, 2006 |



[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

*July 5, 2006*
Date