# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **Allen Lamont Turner** | Case Number: **1:02CR00125** |
| Name of Sentencing Judicial Officer: | **The Honorable Susan J. Dlott**<br>**United States District Judge** | |
| Date of Original Sentence: | **January 17, 2003** | |
| Original Offense: | **Bank Embezzlement, a violation of 18 U.S.C. §§ 656 and 2** | |
| Original Sentence: | **1 day(s) prison, 48 month(s) supervised release** | |
| Special Conditions: | **1) the defendant shall not illegally possess a controlled substance, and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter**<br>**2) do not possess a firearm, destructive device, or other dangerous weapon**<br>**3) serve 6 months electronically monitored home confinement**<br>**4) undergo substance abuse assessment and participate in treatment, either inpatient or outpatient, if deemed necessary at the direction of the USPO**<br>**5) pay $100 special assessment**<br>**6) pay restitution in the amount of $26,206.47 jointly and severally with Natasha Wise** | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **January 17, 2003** |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| The releasee shall not commit another federal, state, or local crime | Reference is made to the Probation Form 12A-Report on Offender Under Supervision dated June 29, 2006, in which the undersigned probation officer advised the Court that on June 21, 2006, Turner was arrested by the Hamilton County, Ohio Sheriff's Department in Cincinnati, Ohio, on the charge of Assault. On June 22, 2006, Turner appeared before Judge Elizabeth Mattingly in the Hamilton County Municipal Court on the above charge under Docket Number 06CRB23322, at which time the bond was set at $2,500-10% cash. The offender was released on bond that same date. This officer is now in receipt of additional information regarding the circumstances of this arrest. Turner was arrested after a Complaint was filed which alleged that on or about June 21, 2006, he knowingly caused physical harm to Natasha Wise by allegedly striking her mouth with a closed fist during a verbal altercation. On June 22, 2006, when the offender appeared in the above Court, he was ordered to stay away from Ms. Wise's job, |

PROB 12A
(12/98)

2

home, and have no contact with her. Turner advised this officer that the complainant came over to his residence at 539 Hale Avenue in Cincinnati, and started an argument with him. He realizes he should have just walked away rather than get into an argument with her. Turner is next scheduled to appear in the Hamilton County Municipal Court on the above charge on August 8, 2006.

U.S. Probation Officer Action:

This officer is becoming increasingly concerned about Turner's continued contact with Ms. Wise after both Ms. Wise was directed by U.S. Probation Officer Frommeyer and Turner was directed by this officer to have absolutely no contact with each other. To Turner's credit, he has obtained all negative urine test results for all drugs tested, including marijuana, on all of his monthly urine submissions at the U.S. Probation Office. Additionally, the offender has made a good faith effort to pay his Court financial obligations and successfully competed his term of electronic monitoring. Due to the above factors, the undersigned probation officer continues to respectfully recommend that no action be taken against Turner to allow for the final disposition of this case. However, should the offender be convicted of this offense, the undersigned probation officer would recommend revocation of Turner's supervised release.

The Court is reminded that no response is necessary if in agreement with this officer's recommendation.

Respectfully submitted,                    Approved,

by  *David Backman*                        by  *John Cole*

**David Backman**                              **John Cole**
U. S. Probation Officer                        Supervising U. S. Probation Officer
Date:  **July 18, 2006**                        Date:  **July 18, 2006**

[ ]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[X]  Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

July 20, 2006
Date