IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:02cr125 |
| vs. | Judge Susan J. Dlott |
| ALLEN LAMONT TURNER | |

NOTICE OF APPEARANCE

Ralph W. Kohnen, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for Defendant, Richard Smith-Monahan, Esquire, that he is entering an appearance as counsel for the United States, in the above captioned case, and requests that service of all papers filed in this action be made upon him at the following address:

Ralph W. Kohnen
Deputy Criminal Chief
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*s/Ralph W. Kohnen*
RALPH W. KOHNEN (0034418)
Deputy Criminal Chief
221 East Fourth Street; Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385
Ralph.Kohnen@usdoj.gov

CERTIFICATE OF SERVICE
==

I hereby certify that a copy of the foregoing Notice of Appearance was served this 2nd day of August, 2006, electronically on: Richard Smith-Monahan, 2000 URS Center, 36 E. Seventh Street, Cincinnati, OH.

*s/Ralph W. Kohnen*
RALPH W. KOHNEN (0034418)
Deputy Criminal Chief