UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2006 AUG -3  PM 12:26

United States of America,
    Plaintiff,

v.

Case No. 1:02cr125
(Hogan, MJ)

Allen Lamont Turner,
    Defendant.

### ORDER APPOINTING COUNSEL

The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

Therefore, the Federal Public Defender, Esq., 2000 URS Center, 36 East Seventh Street, Cincinnati, Ohio 45202, 513-929-4834, is hereby appointed to represent the Defendant in this matter.

IT IS SO ORDERED.

Date ___8/3/06___

awh    August 3, 2006

_____
Timothy S. Hogan
United States Magistrate Judge