AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

2006 AUG -3 AM 11: 49

Southern _____ DISTRICT OF Ohio (Western Division)

UNITED STATES OF AMERICA

V.

Allen Lamont Turner

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:02cr125

I, _Allen Lamont Turner_____, charged in a (complaint) (petition) pending in this District with _Supervised Release Violation_____

in violation of Title __18_____, U.S.C., __3583_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_8/3/06_____
Date

_____
Counsel for Defendant