❋AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | OHIO (WESTERN DIVISION) |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ALLEN LAMONT TURNER<br>539 HALE AVE., APT. 8<br>CINCINNATI, OHIO 45229<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   1:02cr125 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| COURTROOM 701, US COURTHOUSE BUILDING, 100 EAST FIFTH STREET, CINCINNATI, OHIO. | 701 |
| Before:   MAGISTRATE JUDGE TIMOTHY S HOGAN | Date and Time<br>8/3/2006   11:00 AM |

To answer a(n)
- [ ] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [✔] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Non-compliance with Supervision (see attached report)

*[signature: Timothy S. Hogan]*

Signature of Issuing Officer

TIMOTHY HOGAN, US MAGISTRATE JUDGE

Name and Title of Issuing Officer

7/21/2006

Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]     Date   8/03/06 |
| Check one box below to indicate appropriate method of service |

☑ Served personally upon the defendant at: U.S. Courthouse Cincinnati, OH

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   8/03/06
           Date

James Wahlrab
Name of United States Marshal

Micah L. Stevenson
(by) Deputy United States Marshal

Remarks:
7/31/06 - Contacted P.O. David Backman and he advised that ∆ was aware of the court Date and the time change. P.O. Backman also gave a phone number for ∆ of (513) 961-2253.

7/31/06 - Endevour on address was made. Could not get into bldg. due to exterior door being locked.

8/01/06 - Phone # provided by P.O. Backman, (513) 961-2253, was tried w/ no response.

8/03/06 - Endevour made @ residence. no one answered. Call was also placed with no response.

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.