IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

     vs.                                            Case Number: 1:02CR125

ALLEN TURNER

MINUTES: HEARING ON Supervised Release Violation

Statement of Counsel

Court ordered in open Court that the probation department modify the conditions of supervision to add a condition that defendant and Natasha Wise (1:02CR124) stay away from one another.

Judge:              Susan J. Dlott

Courtroom Deputy:   Scott Lang

Court Reporter:     Julie Wolfer, Official

Date:               August 23, 2006