PROB 12B
(12/98)

# United States District Court

for

## District of Southern Ohio

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Name of Offender: | **Allen Lamont Turner** | Case Number: **1:02CR00125** |
| Name of Sentencing Judicial Officer: | **The Honorable Susan J. Dlott**<br>**United States District Judge** | |
| Date of Original Sentence: | **January 17, 2003** | |
| Original Offense: | **Fraud** | |
| Original Sentence: | **1 day(s) prison, 48 month(s) supervised release** | |
| Special Conditions: | 1) The defendant shall not illegally possess a controlled substance, and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter<br>2) Do not possess a firearm, destructive device, or other dangerous weapon<br>3) Serve 6 months electronically monitored home confinement<br>4) Undergo substance abuse assessment and participate in treatment, either inpatient or outpatient, if deemed necessary at the direction of the USPO<br>5) Pay $100 special assessment<br>6) Pay restitution in the amount of $26,206.47 jointly and severally with Natasha Wise | |
| Type of Supervision: **Supervised Release** | Date Supervision Commenced: **January 17, 2003** | |

## PETITIONING THE COURT

[ ]  To extend the term of supervision for  years, for a total term of  years.
[X]  To modify the conditions of supervision as follows: **The supervised releasee shall have no contact of any type with Natasha Wise for the remaining period of supervision. Furthermore, the supervised releasee is not permitted to provide Natasha Wise with any form of financial assistance or any other form of support.**

## CAUSE

Turner and Ms. Wise have experienced a very stormy and turbulent romantic relationship while on supervised release with this Court. The nature of their relationship has caused both of them to incur criminal charges which have since all been dismissed. The most recent one was the arrest of Turner on June 21, 2006, by the Hamilton County, Ohio Sheriff's Department in Cincinnati, Ohio on the charge of Assault which involved an incident with Ms. Wise. That charge was subsequently dismissed.

On August 23, 2006, a supervised release violation hearing was held on Turner in Your Honor's Court at which time, the Court directed USPOs Frommeyer and Backman to meet and develop language for additional special conditions for Ms. Wise and Turner that would direct both of them to stay away from each other.

On September 6, 2006, this officer met with Turner and his attorney, Ransom Hudson, Esq., to discuss the proposed modification. This officer explained his rights to counsel and a modification hearing. Turner stated he understood his rights and wanted to waive those rights because he was in agreement with the modification of the condition. He then signed the waiver form.

Mr. Hudson advised this officer that he has no objections to the proposed modification.

Based on these factors, this officer respectfully recommends that the Court grant the proposed modification.

Respectfully submitted,

by *David Backman*
David Backman
U. S. Probation Officer
Date:

Approved,

by *John C. Cole*
John C. Cole, Supervising
U. S. Probation Officer
Date: 9-12-06

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Susan J. Dlott*
Signature of Judicial Officer

Sept 12, 2006
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

    I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The supervised releasee shall have no contact of any type with Natasha Wise for the remaining period of supervision. Furthermore, the supervised releasee is not permitted to provide Natasha Wise with any form of financial assistance or any other form of support.

Witness: _David J. Bachman_    Signed: _Allen L. Turner_
      U.S. Probation Officer         Probationer or Supervised Releasee

                    September 6, 2006
                          DATE

_C. Ransom Hudson_
    AFPD