PROB 12A
(12/98)

# United States District Court

for

Southern District of Ohio

Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Allen Lamont Turner | Case Number: **1:02CR00125** |
| Name of Sentencing Judicial Officer: | The Honorable Susan J. Dlott<br>United States District Judge | |
| Date of Original Sentence: | **January 17, 2003** | |
| Original Offense: | Count One-Bank Embezzlement, a violation of 18 U.S.C. §§ 656 and 2 | |
| Original Sentence: | 1 day prison, 48 month(s) supervised release | |
| | 09-12-06- Amended: No contact of any type with Natasha Wise for the remaining period of supervision. Not permitted to provide Natasha Wise with any form of financial assistance, or any other form of support. | |
| Special Conditions: | 1) 6 months electronic monitoring<br>2) participate in substance abuse evaluation and treatment either inpatient or outpatient, if deemed necessary, by the probation officer<br>3) pay $100 special assessment<br>4) pay $26,206.47 restitution, jointly and severally with Natasha Wise, to the U.S. Bank | |
| Type of Supervision: **Supervised Release** | Date Supervision Commenced: **January 17, 2003** | |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| The supervised releasee shall pay restitution in the amount of $26,206.47 jointly and severally with Natasha Wise to US Bank | At sentencing, the Court ordered Turner to pay restitution in the amount of $26,206.47 to the U.S. Bank, jointly and severally with Natasha Wise. Turner has a balance of $26,016.47 as of the date of this report, and will not be able to pay in full during the term of supervised release. |

PROB 12A
(12/98)

2

U.S. Probation Officer Action:

On January 17, 2003, Turner commenced his four year term of supervised release. This officer went over the conditions of supervision with Turner in detail. Turner indicated he understood the conditions, including the restitution order, and signed the conditions. This officer set up a pay agreement with Turner for him to pay $10 a month, which represented his best possible effort, based on his financial situation at the time.

During the term of supervision, Turner was essentially cooperative and compliant. He paid his $100 special assessment in full as of November 1, 2004. Additionally, he paid $190 towards his restitution balance as of March 6, 2006. In examining his financial situation, Turner has struggled due to the fact that he went through periods of unemployment and underemployment especially between March 2006 and November 2006, due to medical problems. He only returned to work within the last three to four weeks. Thus, he has few assets and does not have excess cash available to pay the restitution. Turner will continue making payments throughout the balance of supervision. It is this officer's opinion that Turner made his best, good faith effort to satisfy the Court's order of restitution. This officer has notified the Financial Litigation Unit of the U.S. Attorney's Office and the victim of the situation. Based on the provisions of 18 U.S.C. § 3613(b), the offender will be legally obligated to pay restitution to the victim in this case up to 20 years after sentencing, which occurred on January 17, 2003. Thus, the offender will be legally mandated to pay restitution until January 2023.

Therefore, based on Turner's cooperation and effort, along with the above legal remedy to obtain the balance of restitution, this officer is respectfully recommending that no action be taken against Turner for failure to pay restitution, and to allow him to discharge as scheduled on January 16, 2007.

Respectfully submitted,

by David J. Backman
U. S. Probation Officer
Date: **December 21, 2006**

Approved,

by John C. Cole, Supervising
U. S. Probation Officer
Date: December 21, 2006

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

Dec 28, 2006
Date